In re BROOKLYN EL. R. CO. (Supreme Court, General Term, Second Department. October 26, 1894.) Petition of the Brooklyn Elevated Railroad Company relative to acquiring right of way on Myrtle avenue, east of Grand avenue. No opinion. Order modified by striking out the words, "to be paid by each of the said above-named defendants to the plaintiff's attorneys herein," and, as modified, affirmed, without costs of appeal. All concur.

BRYSON v. ST. HELEN. (Supreme Court, General Term, Fifth Department. October 17, 1894.) Action by Robert Bryson against Roger St. Helen, impleaded, etc. No opinion. Motion for a reargument denied. See 29 N. Y. Supp. 524.

BURKE, Respondent, v. SEAMAN, Appellant. (Supreme Court, General Term, First Department. October 12, 1894.) Action by John Burke against John H. Seaman. N. Smith, for appellant. M. Al. Menken, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

CAMPBELL PRINTING PRESS & MANUF'G CO. v. YORKSTON. (City Court of New York, General Term. October 23, 1894.) Appeal from trial term. Action by the Campbell Printing Press & Manufacturing Company against Robert P. Yorkston on a promissory note. From a judgment in favor of defendant, plaintiff appeals. Affirmed. Charles De Hart Brower, for appellant. John Reilly, for respondent.

NEWBURGER, J. This action was brought to recover the amount of a promissory note made by the defendant to the order of the plaintiff. The defendant admitted his liability upon the note, but set up a counterclaim for commissions upon the sale of printing presses made prior to the giving of the note. The defendant had been in the plaintiff's employ upon a commission basis, but was not in its employ at the time of the sale. A careful reading of the printed case fails to disclose any error in the trial of the case. The rule governing commissions on the sale of personal property was properly stated by the trial justice in his charge to the jury. The judgment and order appealed from must therefore be affirmed, with costs.

CITY OF SYRACUSE, Respondent, v. STACEY et al., Appellants. (Supreme Court, General Term, Fourth Department. April Term, 1894.) Action by the city of Syracuse against Richard M. Stacey and others. No opinion. Order affirmed, with $10 costs and disbursements.

CORK, Respondent, v. JONES et al., Appellants. (Supreme Court, General Term, Fifth Department. October 17, 1894.) Action by Jane H. Cork against William H. Jones and others, impleaded, etc. No opinion. Judgment and order appealed from affirmed. BRADLEY, J., not sitting.

COVERT, Respondent, v. WALL, Appellant. (Supreme Court, General Term, Fifth Department. October 17, 1894.) Action by Samuel F. Covert against Bailey W. Wall. No opinion. Judgment of the county court of Monroe county affirmed.

CRAM v. SPRINGER LITHOGRAPHING CO. (City Court of New York, General Term. October 23, 1894.) Action by Ella Cram against the Springer Lithographing Company. Boothby & Warren, for appellant. Kellogg, Rose & Smith, for respondent.

EHRLICH, C. J. The evidence seems to bring the case within the ruling of the court in Haynes v. Aldrich, 133 N. Y. 287, 31 N. E. 94, and justifies the verdict rendered. There is no evidence warranting a finding that any surrender by the landlord had been accepted; hence there was nothing to go to the jury. We find no error, and the judgment appealed from must be affirmed, with costs.

In re CROOKS' ESTATE. (Supreme Court, General Term, Fifth Department. October 17, 1894.) No opinion. Order of surrogate of Ontario county appealed from, so far as the same denied the application of the petitioner to require Carrie Gray Crooks to give security for the principal sum of the legacy for life, given to her by the will of the deceased, and so far as it awards costs of the proceeding against the petitioner, reversed, and it is ordered that the said Carrie Gray Crooks give the security mentioned, to be approved by the surrogate of Ontario county within 60 days, or, in case of her inability or failure to give such security, that the securities representing said fund be delivered to the county treasurer of Ontario county, to be held and accounted for by him as funds paid into court.

DAHLMAN, Appellant, v. UNION STORAGE & TRANSFER CO., Respondent. (City Court of New York, General Term. October 23, 1894.) Action by Rose Dahlman against the Union Storage & Transfer Company. Felix Jellinek, for appellant. Henry C. Andrews, for respondent. No opinion. Order appealed from affirmed, with costs.

DANZIGER, Respondent, v. METROPOLITAN EL. RY. CO., Appellant. (Supreme Court, General Term, First Department. November 16, 1894.) Action by Max Danziger against the Metropolitan Elevated Railway Company. No opinion. Motion for reargument denied. See 30 N. Y. Supp. 580.

DAVIES, Appellant, v. PELHAM HOD ELEVATING CO., Respondent. (Supreme Court, General Term, First Department. November 16, 1894.) Action by Mary Davies, as administratrix, against the Pelham Hod Elevating Company. I. N. Williams, for appellant. J. E. Eustis, for respondent. No opinion. Judgment affirmed, with costs. See 20 N. Y. Supp. 523; 27 N. Y. Supp. 709.

DAVIS, Respondent, v. MYERS, Appellant. (Supreme Court, General Term, First Department. November 16, 1894.) Action by Eliza Davis against Bertha Myers, as executrix. E. J. Myers, for appellant. G. P. Smith, for respondent.

PER CURIAM. We see no reason for interfering with the conclusion reached by the court below. The order should be affirmed, with $10 costs and disbursements.

DELANEY v. MILLER. (Supreme Court, General Term, Third Department. September 27, 1894.) Action by Peter A. Delaney against Charles Miller, Jr. No opinion. Motion for reargument granted. See 28 N. Y. Supp. 1059.

DORLEY, Respondent, v. McCONNELL, Appellant. (Supreme Court, General Term, Fifth Department. October 17, 1894.) Action by John Dorley against Ellen L. McConnell. No opinion. Motion of plaintiff for certificate to the court of appeals denied, but with leave to plaintiff to discontinue appeal already taken, without costs. See 29 N. Y. Supp. 500.

DURYEA v. FEUCHSEL. (Supreme Court, General Term, First Department. November 16, 1894.) Action by John Duryea against Catherine Feuchsel. F. M. Brown, for plaintiff. Jay & Candler, for defendant. No opinion. Motion for resettlement denied, with $10 costs. See 27 N. Y. Supp. 1037.

DYKMAN v. NORTHRIDGE. (Supreme Court, General Term, Second Department. October 26, 1894.) Action by William N. Dykman, as receiver, against William J. Northridge. No opinion. Motion for reargument denied, with $10 costs. See 30 N. Y. Supp. 164.